UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VALERIE LICHTMAN,

    Plaintiff,

v.                                              Case No:   2:16-cv-390-FtM-38MRM

JOHN CUCKLER, ALABAMA
MEDICAL CONSULTANTS, INC.,
BIOMET, INC., BIOMET
ORTHOPEDICS, LLC, BIOMET U.S.
RECONSTRUCTION, LLC and
BIOMET MANUFACTURING, LLC,

    Defendants.
_____/

### **ORDER**[1]

    This matter comes before the Court on the parties' Joint Stipulation Agreeing to Remand (Doc. #31) filed on July 26, 2016.  Plaintiff initiated this suit against Defendants in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida on April 21, 2016.  (Doc. #2).  Defendants thereafter removed the case to this Court.  (Doc. #1).  Plaintiff filed a Motion to Remand (Doc. #10), to which Defendants responded (Doc. #18).  The parties now stipulate to remanding the above-captioned case to the state court.

    Accordingly, it is now

**ORDERED:**

    (1) The parties' Joint Stipulation Agreeing to Remand (Doc. #31) is **GRANTED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) This case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

(3) The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

(4) The Clerk is **DIRECTED** to terminate pending motions and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of July 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record